**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

JANICE PEETE-BEY                          :
                                          :
                                          :
                                          :
        v.                                :           Civil No. CCB-15-272
                                          :
                                          :
EDUCATION CREDIT                          :
MANAGEMENT CORPORATION                    :

## ORDER

For the reasons stated in the accompanying Memorandum, it is hereby ORDERED that:

1.  The defendant's motion for summary judgment (ECF No. 34) is **GRANTED**.

2.  The Clerk shall **SEND** copies of this Order and the accompanying Memorandum to counsel

    of record.

3.  The Clerk shall **CLOSE** this case.


August 29, 2017                                    /S/
Date                                       Catherine C. Blake
                                           United States District Judge